UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                        2:03-cr-70-FtM-29DNF

IMMANUEL GILCHRIST

_____

**OPINION AND ORDER**

This matter is before the Court on defendant's Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Doc. #46), filed on October 31, 2013.  Defendant seeks a reduction of his sentence based upon Amendment 750 to the U.S. Sentencing Guidelines.  Because defendant is not eligible for a reduction of his term of imprisonment under Amendment 750, his motion will be denied.

Title 18 U.S.C. § 3582(c) gives the court discretionary authority to reduce the term of imprisonment portion of a defendant's sentence under certain circumstances.  Section 3582(c)(2) provides in pertinent part:

> (c) The court may not modify a term of imprisonment once it has been imposed except that -
> . . .
> (2) in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o), upon motion of the defendant or the Director of the Bureau of Prisons, or on its own motion, the court may reduce the term of imprisonment, after considering the factors set forth in section 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.

18 U.S.C. § 3582(c)(2).   The relevant United States Sentencing Guidelines (U.S.S.G.) policy statement is U.S.S.G. § 1B1.10, as amended by Amendment 750.

Because defendant was sentenced as a career offender, he was not "sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission", as required by § 3582(c)(2).   Therefore defendant is not eligible for a reduction pursuant to Amendment 750.   United States v. Lawson, 686 F.3d 1317 (11th Cir. 2012)(addressing Amendment 750); United States v. Moore, 541 F.3d 1323 (11th Cir. 2008)(addressing Amendment 706), cert. denied, 129 S. Ct. 1601 (2009); United States v. White, 2013 WL 5735116 (11th Cir. 2013)(summarizing case law in circuit).

Accordingly, it is now

**ORDERED**:

Defendant's Motion for Modification or Reduction of Sentence Pursuant ot 18 U.S.C. § 3582(c)(2) (Doc. #46) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __13th__ day of November, 2013.

_____
JOHN E. STEELE
United States District Judge


Copies:
Counsel of Record
Immanuel Gilchrist